IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GENE W. SALVATI, OLIVIA JONES, *individually and on behalf of other similarly situated former and current homeowners in Pennsylvania*, <br><br>             Plaintiffs, <br><br>             v. <br><br> DEUTSCHE BANK NATIONAL TRUST COMPANY, N.A., BANK OF AMERICA HOME LOANS SERVICING *a subsidiary of Bank of America, N.A.*, ONEWEST BANK, F.S.B., and MCCABE, WEISBERG & CONWAY, P.C. <br><br>             Defendants. | 12cv0971 <br><br> **ELECTRONICALLY FILED** |

## ORDER OF COURT

AND NOW, this 28th day of March, 2013, the Court will ADOPT IN PART, AND REJECT IN PART the Report and Recommendation prepared by United States Magistrate Judge Maureen P. Kelly (doc. no. 46) for the reasons set forth in the Court's Memorandum and Opinion filed contemporaneously herewith at doc. no. 60.

It is further ORDERED that the Motion to Dismiss filed by BOA (Doc. No. 10) be GRANTED; the Motion to Dismiss filed by Deutsche Bank (Doc. No. 12) be GRANTED; and the Motion to Dismiss filed by McCabe (Doc. No. 14) be GRANTED. The Clerk of Court shall mark this case CLOSED.

/s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:    United States Magistrate Judge Maureen P. Kelly
       All Registered ECF Counsel