IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GENE W. SALVATI, individually and on )
behalf of other similarly situated former )
and current homeowners in Pennsylvania, )
                        Plaintiffs, )
                                ) Civil Action No. 12-971
       vs.                     ) Judge Arthur J. Schwab
                                ) Chief Magistrate Judge Maureen P. Kelly
Behalf of other similarly situated former )
And current homeowners in Pennsylvania; )
DEUTSCHE BANK NATIONAL TRUST )
COMPANY, N.A. a subsidiary of )
Deutsche Bank, AG; BANK OF )
AMERICA HOME LOANS SERVICING ) Re: ECF No. 76
a subsidiary of Bank of America, N.A.; )
ONEWEST BANK, F.S.B.; McCABE, )
WEISBERG & CONWAY, P.C., a law )
Firm and debt collector, )
                    Defendants. )

## ORDER

AND NOW, this 15th day of December, 2014, after Plaintiff Gene W. Salvati, filed an

action in the above-captioned case, and after a Motion to Dismiss was submitted by Defendant

Deutsche Bank National Trust Company, ECF No. 76, and after a Report and Recommendation

was filed by the United States Magistrate Judge giving the parties until December 19, 2014, to

file written objections thereto, and upon consideration of the objections filed by Plaintiff, in

which he agrees with the Magistrate Judge's Report and Recommendation but merely reserves

the right to request further consideration in the event that there is a change in the controlling

authorities, and upon independent review of the record, and upon consideration of the Magistrate

Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion to Dismiss submitted on behalf of Deutsche

Bank National Trust Company, ECF No. 76, is granted and the remaining claims against

Defendant Deutsche brought at Counts I and II of the Complaint are dismissed.

By the Court:

/s/ Arthur J. Schwab
United States District Judge

cc:    Honorable Maureen P. Kelly
United States Magistrate Judge

All Counsel of Record Via CM-ECF